No. 13,984.

O'TOOLE *v.* THE PEOPLE.

(63 P. [2d] 1224)

Decided December 14, 1936.   Rehearing denied January 11, 1937.

Mr. L. BERNARD DAVIS, Mr. E. J. PLUNKETT, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. WALTER F. SCHERER, for the people.

*En Banc.*

MR. JUSTICE HOLLAND delivered the opinion of the court.

THE same questions of law and fact that are controlling in this case, were presented, simultaneously argued,

considered and determined by the court in the case of *Carr v. People,* 99 Colo. 477, 63 P. (2d) 1221, this day announced, and upon the authority of the decision therein, the judgment in the present case is affirmed.